UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HUSSEIN AL-GHUMGHAM,

    Plaintiff,                                   Case No. 21-cv-11875
                                                  Hon. Matthew F. Leitman

vs.

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## ORDER GRANTING EX PARTE MOTION FOR LEAVE
## TO FILE AN EXHIBIT USING THE MEDIA FILE UPLOAD

This matter having come before this Honorable Court upon Defendant Wal-Mart Stores East, LP's Ex Parte Motion for Leave to File an Exhibit Using the Media File Upload, and the Court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that the motion is granted. Defendant may file Exhibit "A" to Defendant's Motion to Exclude Expert Opinions of Plaintiff's Treating Physician Dr. Stephen Bloom (ECF No. 18) via the electronic portal "Media File Upload" in CM/ECF.

**IT IS SO ORDERED**.

                                              /s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  November 18, 2022

{04618447}

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 18, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
